IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EXCENTUS CORPORATION | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:09-cv-01875-O-BH |
| SAFEWAY, INC., BLACKHAWK NETWORK, INC., BLACKHAWK MARKETING, LLC AND RANDALL'S FOOD & DRUGS, LP, | § § § § § § | |
| Defendant. | § | |

**ORDER GRANTING JOINT MOTION FOR SECOND EXTENSION OF STAY**

Before the Court is Plaintiff's Excentus Corporation and Defendants' Safeway, Inc., Blackhawk Network, Inc., Blackhawk Marketing, LLC, and Randall's Food & Drugs, LP Joint Motion for Second Extension of Stay, requesting an extension of the stay in this action. Having considered the motion, the Court is of the opinion that it should be GRANTED.

IT IS ORDERED that the stay is extended and shall lift on December 7, 2009.

SIGNED this 20th day of November, 2009.

_____
**IRMA CARRILLO RAMIREZ**
**UNITED STATES MAGISTRATE JUDGE**

Dallas 291049v1